

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| GLADYS JACOBS | ) | Case No. **CV 22-5903** |
| | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| | ) | DeArcy Hall, J.    Bloom, M.J. |
| -v- | ) | |
| SURROGATE'S COURT;  QUEENS COUNTY AND KING COUNTY | ) | RECEIVED SEP 30 2022 PRO SE OFFICE |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GLADYS JACOBS |
| Street Address | 134 YALE ST. |
| City and County | HEMPSTEAD  NASSAU |
| State and Zip Code | N.Y.  11550 |
| Telephone Number | 516-414-3704 |
| E-mail Address | gladysjacobs30@gmail.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: GERARD J SWEENEY
- Job or Title (if known): COUNSEL TO THE PUBLIC ADMINISTRATOR
- Street Address: 1981 MARCUS AVENUE  SUITE 200
- City and County: LAKE SUCCESS, NASSAU
- State and Zip Code: NY 11042
- Telephone Number: 718-459-9000
- E-mail Address (if known):

Defendant No. 2

- Name: LOIS M. ROSENBLATT
- Job or Title (if known): PUBLIC ADMINISTRATOR, COUNTY OF QUEENS
- Street Address: 88-11 SUTPHIN BLVD. RM. 61
- City and County: JAMAICA  NASSAU
- State and Zip Code: NY  11550
- Telephone Number: 718-526-5037
- E-mail Address (if known): www.queenscountypa.com

Defendant No. 3

- Name: PETER J. KELLY
- Job or Title (if known): JUDGE
- Street Address: 88-11 SUTPHIN BLVD
- City and County: JAMAICA, NASSAU
- State and Zip Code: NY 11435
- Telephone Number: 718-298-0500
- E-mail Address (if known): gnssurr-info@nycourts.gov

Defendant No. 4

- Name: DIANA A. JOHNSON
- Job or Title (if known): JUDGE
- Street Address: 2 JOHNSON STREET
- City and County: BROOKLYN KINGS
- State and Zip Code: NY 11201
- Telephone Number: 347-404-9700
- E-mail Address (if known):

Defendant
Barry Simon
Lawyer for Gladys Jacobs for Willie Jacobs estate
91-31 Queens Boulevard
Elmhurst Nassau
NY 11371
718-459-6200

Defendant
Dorothy Jacobs Moore
37 Martin Luther King Dr. Apt B
Hempstead N.Y. 11550

Defendant
John W. Steigler
phone 718-526-5037
88-11 Sutphin Blvd
Jamaica, Nassau
N.Y. 11435

Defendant
Attorney General Eric T. Schneiderman
State of New York - Office of the Attorney General
55 Hanson Place Suite 1080
Brooklyn N.Y. 11217

Defendants
Judge Ingram
Judge
2 Johnson Street
Brooklyn    Kings
N.Y. 11201

Defendants
Harriet Thompson
Judge
2 Johnson Street
Brooklyn    Kings
N.Y. 11201

Defendant
Irving Singer
Lawyer, for Willie Jacobs estate
54 Main St
Hempstead   Nassau
NY 11550    ph

Defendant
Kelvin Finn
400 Post Avenue
Westbury, NY 11590

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
11 POOR BLACK FAMILIES WERE DISADVANTAGE MORE BY THESE DEFENDANTS. THE FEDERAL ANTI-DISCRIMINATION AND CIVIL RIGHTS LAWS THAT PROTECT AGAINST RACIAL, AGE GENDER, AND DISABILITY. DISCRIMINATION.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* DRC _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
50,000,000 OR 50 MILLION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THEY TOOK 9 YEARS TO COMPLETE OUR BROTHER WILLIE JACOBS ESTATE, THEY SOLD OUR BROTHER PROPERTIES WITHOUT OUR CONSENT, 2 STORES FOR $250,000.00 DOLLARS, WHEN WE TOLD THEM NOT TO. THEY WENT ALONG WITH THE LAWYERS THAT STOLE MY BROTHER 3 STORY HOME, THEY VIOLATED ALL OUR RIGHT WHEN THEY LIED TO US, WOULD NOT GIVE US ANY ,INFORMATION ABOUT OUR BROTHER ESTATE, OR INSURANCES, OR PENSION, THEY DID THIS TO 11 BLACK FAMILIES, SOME OF US ARE OVER 60 YEARS OLD, SOME OF US ARE HANDCAP AND SOME OF US ARE WITH NO PARENTS, IT STARTED AFTER OUR SISTER CAME ADMINISTRATOR, DOROTHY J MOORE

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THEY TOOK OUR PROPERTIES THAT IS WORTH 10 MILLION DOLLARS TO US, THE INSURANCES IS WORTH MILLIONS, AND PENSION IS ALSO WORTH MILLION, THEY GOT MILLION OF DOLLARS FORM RENT, THEY LIED TO US AND KEEP MONEY AND INFORMATION FROM US. I CALL AND WROTE THE COURT MANY TIMES THEY REFUSE TO TALK TO ME ABOUT OUR BROTHER ESTATE. THEY LAUGH AT US AND SOME SAID WE DIDNOT NEED THAT MONEY, MOST OF US ARE 60 YEARS OLD ARE MORE AND A LOT OF US ARE YOUNG AND DISABLE, 11 BLACK FAMILIES WAS TREATED VERY UNFAIRLY. WE HAVE ANY MONEY FOR A LAWYER

THEY STOLE THE MONEY FROM THE UNCLAIM FUNDS THAT THE BANKS AND CREDIT UNIONS SENT THEY SAID IT CAME FROM SELLING THE HOUSE BUT IT CAME FROM THE BANKS,AND CREDIT UNIONS THEY WAS SAYING THAT ANNA BEATHA GOT $150,000.00 DOLLARS IN INSURANCE, SHE SAID THAT SHE DID NOT GET THAT MONEY. THEY All MADE US FEEL VERY HELPLESS, AND WE ALSO FELT THAT THERE WAS NOTHING WE COLUD DO. THEY ALL WENT ALONG WITH THE FRUAD. I KEPT TELLING THEM THAT IT WAS A LIE. THEY ALL REFUSE TO LISTEN. THEY IGNORE THE EVIDENT THAT WE GAVE THEM.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-30-2022

Signature of Plaintiff: Gladys Jacoby

Printed Name of Plaintiff: GLADYS JACOBS

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____